IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00447-RBJ | Date: | February 10, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Nicole Peterson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Tim R.  Neff* |
| **Plaintiff** | |
| v. | |
| 1.  RYAN ADAIR | *Fredric M. Winocur* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**        **8:30 a.m.**

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [19] Defendant's Motion for Variant Sentence is GRANTED.

**ORDERED:**   Defendant shall be **imprisoned** for **15 months** as to Counts One and Two, to run concurrently.

Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3 years** as to each count, to run concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (X) Restitution to be paid to Mountain States Employers Council in the amount of $79,039 and to ARCADIS U.S. Inc. in the amount of $54,400 for a total amount of $133,439.  Interest on the restitution is WAIVED.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) per count for a total amount of **$200.00**, to be paid immediately.

**No fine** is imposed.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Court RECOMMENDS that defendant receive credit for any time spent in federal custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a Colorado facility, specifically Florence, if available.

**ORDERED:**   Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:** 9:23 a.m.          Hearing concluded.          Total time:     00:53