IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00447-RBJ-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RYAN ADAIR,

        Defendant.

---

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

      IT IS ORDERED that Defendant, RYAN ADAIR, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, United States Penitentiary Florence ADMAX, Satellite Camp, in Florence, Colorado, on March 27, 2014, by 12:00 noon, and will travel at his own expense.

      DATED at Denver, Colorado, this __26__ day of March, 2014.

                            BY THE COURT:

                            _____
                            R. BROOKE JACKSON
                            United States District Judge