**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

MEMORANDUM

Date:        April 20, 2015

To:          Judge R. Brooke Jackson

Subject:     13-cr-447-RBJ, *USA v. Ryan Adair*, Restitution

Ryan Adair was sentenced to pay restitution to Mountain States Employers Council in the amount of $79,039.00, per the attached judgment. The victim is still owed $79,039. We have received a request to change the victim's name from Mountain States Employers Council to Travelers Casualty & Surety Company of America. Travelers Casualty & Surety Company of America has submitted the following documents:

- Petition to Replace or Amend Name of Restitution Payee
- Release and Assignment – signed by Mountain States Employers Council
- Judgment in case 13-cr-447-RBJ-01
- Case Report from CCAM

With your approval, restitution will be disbursed to:

Travelers Casualty & Surety Company of America
Bond & Specialty Insurance – Claim
One Tower Square, Mailstand S102A
Hartford, CT, 06183

Approved this 29th day of April, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge